JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARACELI IMELDA VELAZQUEZ SALVIDAR,<br><br>    Plaintiff,<br><br>v.<br><br>MARTIN O'MALLEY<br>Commissioner of Social Security,<br><br>    Defendant. | Case No. 2:23-cv-10454-KS<br><br>[PROPOSED] JUDGMENT |

The Court, having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand") lodged concurrent with the lodging of the within Judgment of Remand, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation to Remand.

DATED: June 14, 2024

_____
HON. KAREN L. STEVENSON
CHIEF U.S. MAGISTRATE JUDGE